DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORGE SOBRINO-SANCHEZ,**
Appellant,

v.

**THERAPIES 4 KIDS, INC.** and **VICTORIA SOBRINO-SANCHEZ,**
Appellees.

No. 4D21-415

[April 15, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE20007355.

Jason B. Sherry of Sherry Law Office, PLLC, Miami, for appellant.

Robert Zarco of Zarco Einhorn Salkowski & Brito, Miami, for appellee, Therapies 4 Kids, Inc.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***